R. L. JORDAN SERVICE STATIONS OF NORTH CAROLINA, INC. v. JAMES B. PRESSLEY AND WIFE, ALMA M. PRESSLEY

No. 7428SC975

(Filed 5 February 1975)

**Appeal and Error § 39— failure to docket record within extended time**
        Appeal is dismissed for failure of appellant to docket the record on appeal within the extended time allowed by the trial court.

APPEAL by defendant from *McLean, Judge,* 6 June 1974 Session of Superior Court held in BUNCOMBE County. Heard in the Court of Appeals on 24 January 1975.

Plaintiff instituted this action against the defendants to require specific performance to convey realty as set forth in a lease agreement between the parties. Issues were submitted to and answered by the jury in favor of the plaintiff. From the entry of judgment on the verdict requiring defendants to convey the real estate described in the complaint to the plaintiff in accordance with the option set out in the lease agreement between the parties, defendants appealed.

*Adams, Hendon & Carson, P.A. by George Ward Hendon for plaintiff appellee.*

*Cecil C. Jackson, Jr., for defendant appellants.*

HEDRICK, Judge.

Although the trial court extended the time for the defendants to docket their appeal in this court the full 150 days permitted by Rule 5 of the Rules of Practice in this court, the appeal was not docketed within the 150 days from the date of the entry of the judgment from which the appeal was taken.

For defendants' failure to comply with the Rules of Practice in the Court of Appeals of North Carolina, the appeal is dismissed.

Appeal dismissed.

Judges MORRIS and PARKER concur.